In the Matter of the Claim of HOWARD SCANDALL, Respondent, against LEDERLE ANTITOXIN LABORATORIES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

BUCKLEY TRUCKING CORPORATION, Respondent, v. ACME ROAD MACHINERY COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Hill, J., who dissents and votes to reverse and for a new trial for errors of law and fact. McNamee, J., not voting.

CHARLOTTE L. PAYNE, Plaintiff, v. FRANK EMERY, LIMESTONE PRODUCTS CORPORATION OF AMERICA and ROBERT L. QUAIT, Defendants.— Motion by the defendant Frank Emery to dismiss appeal as to him granted, with ten dollars costs, against the defendant Limestone Products Corporation of America, on the authority of *Price* v. *Ryan* (255 N. Y. 16) and *Ward* v. *Iroquois Gas Corp.* (258 id. 124). Motion by plaintiff to dismiss appeal as to Limestone Products Corporation of America granted unless the defendant Limestone Products Corporation of America serves its brief on plaintiff's attorney within two days and unless the defendant Limestone Products Corporation of America stipulates to argue case at present term of this court. Present — Van Kirk, P. J., Hinman, Hill, Rhodes, and McNamee, JJ.

SAMUEL DIAMOND, Respondent, v. ALLIANCE INSURANCE COMPANY, Appellant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill and McNamee, JJ.

THE MERCHANTS' NATIONAL BANK OF PLATTSBURGH, N. Y., Respondent, v. R. PRESCOTT & SON, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

LUCILLE DUFFY, Respondent, v. ARCHIBALD L. JACKSON, Doing Business under the Assumed Name and Style of TRIPLE CITIES TRACTION COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

EMMA M. STOCK and Others, Appellants, v. WILLIAM DUNHAM MANN and Others, Defendants; NATHAN RICHMAN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEDGEWOOD REALTY CO., INC., Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

MARTHA E. WALLIS, as Administratrix, etc., of OWEN R. WALLIS, Deceased, Respondent, v. NORTH AMERICAN CEMENT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ. [See ante, p. 751.]